```
                                              ____FILED      ____ENTERED
                                              ____LODGED     ____RECEIVED

     IN THE UNITED STATES DISTRICT COURT          MAY 10 2000
         FOR THE DISTRICT OF MARYLAND
                                               CLERK U.S. DISTRICT COURT
                                               DISTRICT OF MARYLAND
PAULA M. BROCK                    :                              DEPUTY
                                             BY
                                  :
v.                                    Civil Action WMN-00-233
                                  :
DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE          :
```

### ORDER

Plaintiff filed this action on January 24, 2000 alleging a violation of the bankruptcy discharge injunction found in 11 U.S.C. § 524(a)(2). Defendant filed a motion to dismiss on April 10, 2000, arguing that pursuant to 28 U.S.C. § 157 and Local Rule 402, this case is one properly referred to the Bankruptcy Court. Plaintiff has not opposed the motion and the time for so doing has expired.

The Court agrees that as an action brought under Title 11, this action is referable to the Bankruptcy Court. Accordingly, IT IS this 10th day of May, 2000, by the United States District Court for the District of Maryland, ORDERED:

   1.  That Defendants' Motion to Dismiss (Paper No. 4) is hereby GRANTED;

   2.  That the Clerk of Court shall transfer this action to the Bankruptcy Court for the United States District Court for the District of Maryland; and

3.  That the Clerk of the Court shall mail copies of this Memorandum and Order to all counsel of record.

_____
William M. Nickerson
United States District Judge

